UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MUNEERAH NURIDDIN

CASE NO.  09-34847-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA — MAR 28 2011 — FILED / RECEIVED*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 155.31 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MUNEERAH NURIDDIN
1740 NW 189 TERR
MIAMI, FL 33056

JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD STE 208
NORTH MIAMI, FL 33181

LEON COUNTY TAX COLLECTOR
POB 3715
WPB, FL 33402

LEON COUNTY TAX COLLECTOR
PO BOX 1835
TALLAHASSEE, FL 32302-1835

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   09-34847-BKC-RAM
MUNEERAH NURIDDIN


                                        CHAPTER 13


MUNEERAH NURIDDIN

1740 NW 189 TERR
MIAMI, FL 33056


JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD   STE 208
NORTH MIAMI, FL 33181


LEON COUNTY TAX COLLECTOR       ---------$           155.31
POB 3715                                      RETURNED FROM CREDITOR
WPB, FL 33402                                 BECAUSE not theirs
                                              CLAIM REGISTER # 6

LEON COUNTY TAX COLLECTOR       ---------$             .00
PO BOX 1835
TALLAHASSEE, FL 32302-1835


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130